From: Paige Bush   Fax: 13373104300   To:   Fax: (225) 389-3392   Page: 3 of 8   08/24/2021 9:11 AM

EAST BATON ROUGE PARISH   **C-710958**
Filed Aug 24, 2021 1:32 PM   **24**
Deputy Clerk of Court

| | | |
|---|---|---|
| LILYAN ELLIS | : | 19TH JUDICIAL DISTRICT COURT |
| VS. NO: _____ | : | PARISH OF EAST BATON ROUGE |
| JEREMIAH THOMAS, DESPERADO | : | STATE OF LOUISIANA |
| TRANSPORT, LLC, AND | | |
| HUDSON INSURANCE COMPANY | | |
| FILED: _____ | : | _____ |
| | | DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes LILYAN ELLIS (hereinafter "Petitioner"), who respectfully represent the following:

1.

Petitioner is a resident and domiciliary of Beauregard Parish, Louisiana.

2.

Made Defendants herein are:

A. JEREMIAH THOMAS (Hereinafter "THOMAS"), a resident and domiciliary of McCulloch County, Texas, who can be served at 803 N High Street, Brady, Texas 76825, who may be served via long-arm statute;

B. DESPERADO TRANSPORT, LLC (Hereinafter "DESPERADO"), a foreign limited liability company, with its registered office being located at 7417 E. County Rd. 93 Midland, Texas, 79706, who may be served via long-arm statute; and

C. HUDSON INSURANCE COMPANY (Hereinafter "HUDSON"), a foreign insurance company authorized to do and doing business in the State of Louisiana, Parish of Calcasieu, with its agent for service of process being the Secretary of State for the State of Louisiana located at 8585 Archives Ave. Baton Rouge, LA 70809.

*Exhibit 1*

3.

On or about August 25, 2020, ELLIS was operating her 2014 Ford Focus and traveling north on Ruth Street near the intersection of E Napoleon Street, in a safe and proper manner and in Sulphur, Louisiana, Parish of Calcasieu.

4.

As ELLIS approached the intersection, she observed the traffic light to be green in color and attempted to drive through the intersection, until suddenly and without warning, a 2006 Peterbuilt Semi Truck turned and crashed into ELLIS's vehicle.

5.

THOMAS was operating and driving the 2006 Peterbuilt Semi Truck at the time the Semi Truck collided into the vehicle of ELLIS.

6.

As a result of THOMAS's negligent actions and lack of control of his vehicle, Petitioner sustained serious bodily injuries and damages.

7.

Due to act described above, Petitioner sustained the following non-exclusive severe injuries: soreness, tightness, discomfort, and achiness throughout her back, neck, and other parts of her body. Additionally, she sustained multiple herniated disks, anxiety, post-traumatic stress disorder, and other injuries provided by her medical providers.

8.

Petitioner desires and is entitled to recover damages, which are reasonable under premises for the following non-exclusive items:

A.      Past, present, and future mental pain and suffering;

B.      Past, present, and future physical pain and suffering;

*Exhibit 1*

C.    Past, present, and future medical expenses due to the injuries to Petitioner;

D.    Past, present, and future travel expenses for obtaining medical treatment;

E.    Property damage, including but not limited to, depreciation of property value;

F.    Rental vehicle expenses;

G.    Loss of enjoyment of life;

H.    Loss of future earning capacity;

I.    Lost wages; and

J.    Other such damages as will be shown at the trial of this matter.

9.

The previously mentioned accident and the resulting injuries to Petitioner was in no way attributable to the fault and/or negligence of Petitioner, but on the contrary was solely and proximately to the acts of fault and negligence and lack of skill of THOMAS, which include but are not limited to the following particulars:

A.    Failure to maintain proper control over THOMAS's vehicle;

B.    Failure to maintain a proper lookout;

C.    Driving in an inattentive, careless and reckless manner with no regard for safety;

D.    Failure to apply and/or maintain his vehicle's brakes in a proper manner to avoid a collision;

E.    Operating the vehicle in a reckless manner;

F.    Driving at an excessive rate of speed under the circumstances;

G.    Failure to take appropriate action to avoid the collision;

H.    Failure to exercise due and reasonable care and caution under all of the facts and circumstances; and

I.    All other acts of negligence or omissions, which may be shown at the trial of this matter.

*Exhibit 1*

10.

THOMAS was operating the 2006 Peterbuilt Semi Truck with the knowledge, permission, and consent of the defendant owner, DESPERADO.

11.

DESPERADO, as the owner of the 2006 Peterbuilt Semi Truck, is liable for Petitioner's damages for its negligence in allowing THOMAS to operate and failing to properly maintain the 2006 Peterbuilt Semi Truck responsibly.

12.

Upon information and belief, at the time of the accident, THOMAS was acting in the course and scope of his employment for defendant DESPERADO. Accordingly, defendant, DESPERADO, is responsible and liable for the negligent acts of its employee, THOMAS, under the doctrine of respondent superior

13.

At all relevant times herein, HUDSON had in effect a policy of auto liability insurance in full force and effect at the time of the accident insuring THOMAS and DESPERADO, which policy covered the demands of Petitioner.

14.

Upon information and belief, Petitioners damages are not in excess of $50,000.00, exclusive of interest and costs.

15.

Pursuant to La. C.C. Art. 2315, Defendants are liable to Petitioner for the damages and injuries caused by Defendants negligence.

16.

Petitioner requests that Defendants pay all costs of these proceedings.

*Exhibit 1*

WHEREFORE, Petitioner, LILYAN ELLIS prays that:

I.   Defendants, JEREMIAH THOMAS, DESPERADO TRANSPORT, LLC, and HUDSON INSURANCE COMPANY, be duly served with a copy of the foregoing petition and citied to appear and answer same;

II.   After lapse of all legal delays and due proceedings had, there be judgment herein in favor of Petitioner, LILYAN ELLIS, and against Defendants, JEREMIAH THOMAS, DESPERADO TRANSPORT, LLC, and HUDSON INSURANCE COMPANY, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings; and

III.   For any and all other equitable relief to which Petitioner is entitled based upon the facts pled herein.

Respectfully submitted,

LOFTIN & LEBLANC, LLC

CODY J. VIDRINE (#36960)
BILLY E. LOFTIN, JR. (#20929)
410 East College Street Ste. A
Lake Charles, LA 70605
Telephone: (337) 310-4300
Facsimile: (337) 310-4400
Attorneys for Lilyan Ellis

SERVICE INSTRUCTIONS

Please Serve:
JEREMIAH THOMAS
Please return a Certified Copy of Petition & Citation to be served Via Long-Arm at:
803 N. High Street, Brady, TX 76825

DESPERADO TRANSPORT, LLC
Please return a Certified Copy of Petition & Citation to be served Via Long-Arm at:
7417 E. County Rd. 93 Midland, TX 79706

HUDSON INSURANCE COMPANY
Through its registered agent:
Louisiana Secretary of State
8585 Archives Ave., Baton Rouge, LA 70809

Exhibit 1